UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| ROLLS-ROYCE SOLUTIONS AMERICA INC., | : | |
| | : | 25-CV-9329 (RA) |
| Plaintiff, | : | |
| v. | : | |
| | : | AFFIRMATION OF SERVICE |
| PHB WESERHUTTE, S.A., UK BRANCH, And PHB WESERHUTTE SAU, | : | |
| Defendants. | : | |

-------------------------------------------------------------X

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK    )

I, DEBORAH J. MEYERS, hereby affirm, under penalty of perjury:

On November 14, 2025, I caused the Order and Notice of Initial Conference to be served via email upon the following:

> George Beaman
> Orrick
> 51 West 52nd Street
> New York, NY 10019-6142
> gbeaman@orrick.com

> Deena Dulgerian
> Orrick
> 51 West 52nd Street
> New York, NY 10019-6142
> ddulgerian@orrick.com

                                    /s/ Deborah Meyers
                                    Deborah Meyers